IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD ANTHONY WILSON | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| RAYMOND LAWLER, et al. | : | |
| Respondents | : | No. 09-4336 |

### **O R D E R**

AND NOW, this 17th day of August, 2011, upon consideration of the Petition for Writ of Habeas Corpus, the response thereto, and petitioner's reply, it is hereby

**ORDERED** that for the reasons set forth above, the Petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., Sr. J.